UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTIANA TRUST,

    Plaintiff,

    v.

OLIVIA TUITAHI,

    Defendant.

Case No. 15-cv-01378-VC

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Re: Dkt. Nos. 2, 5

The Court has reviewed Judge Jacqueline Corley's Report and Recommendation Re: the Application to Proceed In Forma Pauperis and Recommendation to Remand and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the IFP is GRANTED and the case is remanded to Napa County Superior Court.

**IT IS SO ORDERED.**

Dated: April 22, 2015

VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIANA TRUST,<br><br>        Plaintiff,<br><br>    v.<br><br>OLIVIA TUITAHI,<br><br>        Defendant. | Case No.  15-cv-01378-VC<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 4/22/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Olivia  Tuitahi
1716 Tallac Street
Napa, CA 94558


Dated: 4/22/2015


                          Richard W. Wieking
                          Clerk, United States District Court

                          By:_____
                          Kristen Melen, Deputy Clerk to the
                          Honorable VINCE CHHABRIA